

# NUMBER 13-13-00334-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GABRIEL E. TORRES,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

# ORDER TO FILE REPORTER'S RECORD

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

The reporter's record in this cause was originally due to be filed on September 18, 2013. The reporter has previously requested and received an extension of time to file the record, granting the reporter until November 4, 2013 to file the record. On February 10, 2014, this Court abated and remanded the matter to the trial court because of the

reporter's failure to file the record. The trial court conducted a hearing on February 28, 2014, and determined that appellant has not abandoned the appeal, no portion of the record has been lost or destroyed, and recommended that the reporter be granted an additional 45 days to file the record. Accordingly, we reinstate the case.

The Court is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have filed the record in this matter. Reporter, Esther Natividad, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on April 14, 2014. Further motions for extension of time will not be favorably entertained by the Court.

The Clerk of this Court is ORDERED to serve a copy of this order on Esther Natividad by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of March, 2014.

2